UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

CAROLYN JANET ARNOLD,                     :
                                          :
                              Plaintiff,  :
                                          :        06 Civ. 1747 (GBD)
                   - v.-                   :
                                          :
ABC, INC. and THE WALT DISNEY             :
COMPANY,                                  :
                                          :
                              Defendants. :
---------------------------------------------------------------x

## DEFENDANTS' NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law,

Declaration of Eric J. Lobenfeld, dated May 23, 2006, and the exhibits annexed thereto, and the

pleadings filed in this action, Defendants American Broadcasting Companies, Inc. and the Walt

Disney Company, by their undersigned attorneys, will move this Court, before the Hon. George

B. Daniels, United States Courthouse, 500 Pearl Street, New York, New York, for an order

pursuant to Fed. R. Civ. P. 12(b) dismissing this action and granting any other relief the Court

deems appropriate.

Dated: New York, New York
       May 25, 2006

                                   Respectfully submitted,

                                   HOGAN & HARTSON L.L.P.

                                   By: _____/s/_____
                                       Eric J. Lobenfeld (EL 4560)
                                       R. Brian Black (RB 3675)
                                   875 Third Avenue
                                   New York, New York  10022
                                   (212) 918-3000
                                   *Attorneys for Defendants*
                                   *American Broadcasting Companies, Inc. and*
                                   *the Walt Disney Company*

**TO:**   Robert J. Hantman
Holly R. Pack
HANTMAN & ASSOCIATES
432 Park Avenue South, 2nd Floor
New York, New York 10016
*Attorneys for Plaintiff*

\\\NY - 22031/0009 - 941765 v1